**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
  JANEL M. JOHNSON,

                              Plaintiff,                    25 **CIVIL** 8942 (AEK)

         -v-                                                **<u>JUDGMENT</u>**

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
-------------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated June 26, 2026, the Commissioner's decision be,

and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of

Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative

proceedings.

**Dated:**  New York, New York

         June 29, 2026


                                        **TAMMI M. HELLWIG**
                                        _____
                                                **Clerk of Court**


                              **BY:**         K. Mango
                                        _____
                                                **Deputy Clerk**